## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| BRUCE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-0281-CV-W-NKL-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Bruce Brown's ("Brown") Motion For Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant To 42 U.S.C. § 406(b) [Doc. # 9]. For the reasons set forth below, the Court grants Brown's Motion.

In an Order dated November 1, 2006, the Court reversed the decision of the ALJ and remanded with an instruction to award benefits. Brown subsequently filed his pending Motion wherein he requested attorney's fees. Pursuant to 28 U.S.C. § 2412, the Court may award reasonable attorney's fees to the prevailing party in any civil action brought against any official of the United States acting in his or her official capacity. The parties agree that Brown's attorney is entitled to $5,200.00 in fees. After consideration, the Court finds that the fees agreed to by the parties are reasonable.

Accordingly, it is hereby

1

ORDERED that Brown's Motion For Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act [Doc. # 9] is GRANTED. Brown's attorney is awarded $5,200.00 in attorneys' fees, which shall be made payable to The Law Offices of Sharon J. Meyers, attorney for Brown.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

Dated: November 30, 2006
Jefferson City, Missouri